UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| vs. | ) Case No. 4:08CV1440 JCH<br>) |
| INTEK CORPORATION, et al., | )<br>) |
| Defendant(s). | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of The Cincinnati Insurance Company and against Defendants with respect to Cincinnati Insurance's claim it has no duty to defend or indemnify Intek Corporation in the underlying lawsuits.

Dated this 24th day of February, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE